

certificate of conviction having been filed showing that Marc J. Hopkins was convicted of grand larceny in the third degree and grand larceny in the fourth degree, he is disbarred and his name is stricken from the roll of attorneys. Present—Hurlbutt, J.P., Martoche, Smith, Centra and Peradotto, JJ. (Filed Sept. 12, 2007.)

 In the Matter of PAUL E. SKAVINA, for Reinstatement to the Practice of Law in the State of New York. [841 NYS2d 900]— Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Hurlbutt, J.P., Martoche, Smith, Centra and Peradotto, JJ. (Filed July 18, 2007.)

 In the Matter of DOUGLAS E. ROWE, for Reinstatement to the Practice of Law. [841 NYS2d 901]—Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Hurlbutt, J.P., Martoche, Smith, Centra and Peradotto, JJ. (Filed Sept. 12, 2007.)

 In the Matter of JOHN R. WEST, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner. [841 NYS2d 901]—A certified copy of plea minutes having been filed showing that John R. West was convicted of criminal possession of stolen property in the fourth degree, he is disbarred and his name is stricken from the roll of attorneys. Present—Hurlbutt, J.P., Martoche, Smith, Centra and Peradotto, JJ. (Filed Sept. 12, 2007.)

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL FLAX, Appellant. [842 NYS2d 353]—Motion for writ of error coram nobis denied. Present—Hurlbutt, J.P., Centra, Lunn and Pine, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCUS SMITH, Appellant. [842 NYS2d 353]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Martoche, Green and Pine, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMMY L. SWIFT, Appellant. [842 NYS2d 353]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Gorski, Green and Pine, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK E. WALKER, Appellant. [842 NYS2d 353]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Gorski, Centra and Pine, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN KELLY, Appellant. (Appeal No. 1.) THE PEOPLE OF THE